JOSEPH TAGLIAMONTI, Petitioner, v DAVID AXELROD, as Commissioner of the New York State Department of Health, Respondent.

Petitioner conceded that the determination that he did not adequately carry out his responsibilities as laboratory director was supported by substantial evidence. In view of the potential danger to the public arising from petitioner's nonfeasance, the penalty imposed was not so disproportionate to the offenses as to be shocking to one's sense of fairness (see, Matter of Pell v Board of Educ., 34 NY2d 222). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.